UNITED STATES of America,
Plaintiff–Appellee,

v.

Alejandro RODRIGUEZ–COSIO,
Defendant–Appellant.

No. 99–50679.

D.C. No. CR–98–00463–CM.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 25, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Alejandro Rodriguez–Cosio appeals the 77–month sentence imposed following his guilty plea to being an illegal alien found in the United States following deportation. Rodriguez–Cosio contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), his sentence must be vacated because it exceeds the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony to which he did not admit and which was not proven beyond a reasonable doubt to a jury. Rodriguez–Cosio also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense), because he did not admit that his removal from the United States was subsequent to his conviction of an aggravated felony. His arguments are foreclosed by this court's recent decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *amended* (Feb. 8, 2001) (order). *United States v. Castillo–Rivera,* 244 F.3d 1020, 1024–05 (9th Cir.2001).

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.